UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr258-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER AND** |
| v. | ) | **JUDGMENT CONFIRMING** |
| | ) | **FORFEITURE** |
| IGOR BORODIN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Motion of the United States of America for a Final Order and Judgment Confirming Forfeiture.

On October 22, 2012, this Court entered a Consent Order and Judgment of Forfeiture (Doc. 30) against the following property in which Defendant holds an interest subject to forfeiture under 21 U.S.C. § 853(p):

> **Approximately 99 counterfeit airbags seized during the investigation from 6833 Orr Road, Charlotte, North Carolina;**
>
> **Approximately 1,514 counterfeit airbags seized during the investigation from 4002 Crismark Drive, Indian Trail, North Carolina;**
>
> **Approximately $60,000 in United States Currency seized during the investigation from 4002 Crismark Drive, Indian Trail, North Carolina;**
>
> **The real property at 4002 Crismark Drive, Indian Trial, North Carolina, more particularly described in Union County Register of Deeds at Book 5581, Page 168.**

As reflected in the Declaration of Publication (Doc. 31-1), from October 31, 2012 through November 29, 2012, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to

law, and notice to all third parties of their right to petition the Court within sixty days from October 31, 2012 for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, on November 2, 2012, the Government sent, via United States Postal Service Certified Mail, Return Receipt Requested, notice of this forfeiture action to numerous addresses of Nataliya Gulyak, the spouse of Defendant. The time period in which third parties may file petitions has passed and no third parties have filed petitions. Consequently, in accordance with Rule 32.2(c)(2), the Court may now enter a Final Order and Judgment Confirming Forfeiture giving the United States clear title to the forfeited assets.

IT IS, THEREFORE, ORDERED THAT, the Consent Order and Judgment of Forfeiture is confirmed as final and all right, title, and interest in the following property is therefore forfeited to the United States for disposition according to law:

> **Approximately 99 counterfeit airbags seized during the investigation from 6833 Orr Road, Charlotte, North Carolina;**
>
> **Approximately 1,514 counterfeit airbags seized during the investigation from 4002 Crismark Drive, Indian Trail, North Carolina;**
>
> **Approximately $60,000 in United States Currency seized during the investigation from 4002 Crismark Drive, Indian Trail, North Carolina;**
>
> **The real property at 4002 Crismark Drive, Indian Trial, North Carolina, more particularly described in Union County Register of Deeds at Book 5581, Page 168.**

Signed: January 3, 2013

Frank D. Whitney
United States District Judge